UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERIES 2020A OF NAHLA CAPITAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALYSSA SOTO BRODY,<br><br>Defendant. | Case No. 22-CV-7122-PAE |

**PLAINTIFF SERIES 2020A OF NAHLA CAPITAL LLC'S**
**<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Under Federal Rule of Civil Procedure 7.1(a), I, the undersigned counsel of record for Plaintiff Series 2020A of Nahla Capital LLC, ("Series 2020A") certify that to the best of my knowledge and belief, Series 2020A is a series of Nahla Capital LLC; Nahla Vitre Inc. is the parent corporation of Nahla Capital LLC; and there is no publicly held corporation that owns 10% or more of Nahla Capital LLC's equity.

Dated:  New York, New York
        August 25, 2022

HUNTON ANDREWS KURTH LLP

By: */s/ Patrick L. Robson*
    Patrick L. Robson
    Silvia N. Ostrower
    200 Park Avenue, 52nd Floor
    New York, NY 10166-0005
    212 • 309 • 1000
    probson@huntonAK.com
    sostrower@huntonAK.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2022, I served a true and correct copy of the foregoing on all counsel of record, by filing on the Court's ECF docket, which will transmit a Notice of Filing to all counsel of record via the Court's ECF transmission facilities.

*/s/ Patrick L. Robson*
Patrick L. Robson