UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERIES 2020A OF NAHLA CAPITAL LLC,

                                Plaintiff,

-v-

ALYSSA SOTO BRODY,

                                Defendant.

22 Civ. 7122 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 26, 2022, plaintiff Series 202A of Nahla Capital LLC ("Nahla Capital") timely filed an amended complaint pursuant to Rule 12(b). *See also* Dkt. 10 (joint stipulation extending deadline for the amended complaint to October 28, 2022).

Accordingly, it is hereby ORDERED that by November 21, 2022, defendant Alyssa Soto Brody shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying Nahla Capital, stating that she relies on the previously filed motion to dismiss. If Brody files a new motion to dismiss or relies on her previous motion, Nahla Capital's opposition will be due 14 days thereafter, and Brody's reply, if any, will be due seven days after that.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 1, 2022
       New York, New York